**Order entered June 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00639-CV

### VILLAGE CRESTMONT HOUSTON USA, L.L.C. AND WEST CRESTMONT HOUSTON USA, L.L.C., Appellants

### V.

### JOSE J. GAITAN, INDIVIDUALLY AND D/B/A EC & J REMODELING & PAINTING, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04688**

## ORDER

By letter dated June 8, 2015, we questioned our jurisdiction over this appeal and directed appellants to file a supplemental clerk's record containing a copy of the trial court's order denying appellant's request for a temporary injunction. Stating the trial court is presently considering a proposed order filed June 11, 2015, appellants request an additional fifteen days to file the requested record. We **GRANT** appellants' June 18, 2015 motion and **ORDER** the supplemental clerk's record be filed no later than July 6, 2015.

/s/    CRAIG STODDART
         JUSTICE